FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2013

No. 04-12-00638-CV

Salvador G. **MORA,**
Appellant/Cross-Appellee

v.

Sylvia Ramon **MORA**,
Appellee/Cross-Appellant

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-10478
Honorable Gloria Saldana, Judge Presiding

# O R D E R

    Appellant's second motion for extension of time to file brief is hereby GRANTED. Appellant's brief is due on or before July 8, 2013.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2013.

_____
Keith E. Hottle
Clerk of Court